**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LAWRENCE SCOTT,<br>an individual, | ) | |
| | ) | |
| | ) | Case No.:    4:23-cv-4557 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PROSPERITY GLOBAL INVESTMENT | ) | |
| LIMITED PARTNERSHIP, | ) | |
| a Texas Limited Partnership, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, LAWRENCE SCOTT, files this *Notice of Settlement* to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing the written language of their agreement and obtaining their respective client signatures. The Parties anticipate filing a dismissal with prejudice within fourteen (14) days and requests that all deadlines be stayed during this period.

Dated: April 9, 2024

Respectfully Submitted,

By:    */s/ Brian T. Ku*
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
brian@kumussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April 2024, I electronically filed the foregoing

with the Clerk of Court by using CM/ECF system and served a copy via electronic mail to:

Richard M. Hunt, Esq.
rhunt@hunthuey.com

By: ___ */s/ Brian T. Ku*
Brian T. Ku