United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, | ) ) ) |
| Plaintiff, | ) Case No.:   4:23-cv-4557 ) |
| v. | ) ) |
| PROSPERITY GLOBAL INVESTMENT LIMITED PARTNERSHIP, a Texas Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) |

## CONDITIONAL ORDER OF DISMISSAL

Parties have notified the Court that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiffs or Defendant represent to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of April, 2024.

_____
Judge Keith P. Ellison
United States District Judge