UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>PROSPERITY GLOBAL INVESTMENT<br>LIMITED PARTNERSHIP,<br>a Texas Limited Partnership,<br><br>    Defendant. | Case No.:   4:23-cv-4557 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE SCOTT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear its respective fees and costs.

Dated: May 24, 2024

Respectfully Submitted,

By: */s/ Brian T. Ku*
 Brian T. Ku
 Attorney-in-charge
 S.D. TX No. 3424380
 Ku & Mussman, P.A.
 18501 Pines Boulevard, Suite 209-A
 Pembroke Pines, FL 33029
 Tel: (305) 891-1322
 Fax: (954) 686-3976
 brian@kumussman.com

 and

 John K. Grubb
 Local Counsel

State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and served a copy via electronic mail to:

Richard M. Hunt, Esq.
Hunt | Huey PLLC
17304 Preston Road, Suite 800
Dallas, Texas 75252
rhunt@hunthuey.com

By:  */s/ Brian T. Ku*
      Brian T. Ku