United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LAWRENCE SCOTT, <br> an individual, <br><br>     Plaintiff, <br> v. <br><br> PROSPERITY GLOBAL INVESTMENT <br> LIMITED PARTNERSHIP, <br> a Texas Limited Partnership, <br><br>     Defendant. | Case No.:   4:23-cv-4557 |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal.  ECF No. 12.  In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 24th day of May, 2024.

_____
Judge Keith P. Ellison
United States District Judge